UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



CASE NO.: **07-21705**
**CIV - KING**
MAGISTRATE JUDGE
GARBER

**OSVALDO A. IZQUIERDO COLON,**
an individual, and d/b/a **BEST DEAL PERFORMANCE,**

      Plaintiff,

vs.

**JET PERFORMANCE PRODUCTS, INC.,**
a California corporation,

      Defendant.

_____/

# COMPLAINT

## JURISDICTION & VENUE

1. This Court has subject matter jurisdiction over Plaintiff's federal claims under 28 U.S.C. §§ 1331 and 1338 (2005). The federal claims arise under the Declaratory Judgment Act, 28 U.S.C. § 2201 (2005), the Copyright Act, 17 U.S.C. § 501 (2005), the Digital Millennium Copyright Act, 17 U.S.C. § 512 (2005), and the Lanham Act, 15 U.S.C §§ 1114 & 1125 (2005). This Court has supplemental subject matter jurisdiction over Plaintiff's state-law claims under 28 U.S.C. § 1367(a) (2005). This Court also has subject matter jurisdiction over Plaintiff's state-law claims under 28 U.S.C. § 1332(a)(1) (2005), because Plaintiff and Defendant are citizens of different states and the matter in controversy exceeds $75,000, exclusive of interest and costs. Plaintiff is a citizen of

Florida and resides and conducts business in the Southern District of Florida. Defendant JET PERFORMANCE PRODUCTS, INC. ("JET") is a citizen of California.

2. This Court has personal jurisdiction over the Defendant and venue is proper in the Southern District of Florida pursuant to 28 U.S.C. § 1391(b) and (c), as Defendant is doing business and has authorized dealers and suppliers in this district. Additionally, the Court has personal jurisdiction over the Defendant, and venue is proper in the Southern District of Florida, because the Defendant's improper actions have specifically targeted the Plaintiff's business in this district.

## NATURE OF THE ACTION

3. Plaintiff is an individual who sells certain Defendant electronic performance devices for automobiles on eBay, an Internet auction site. Defendant incorrectly, and by sworn affidavit, represented to eBay that Plaintiff's sale of these devices infringed their copyright, trademark, patent or other intellectual property rights.

4. Defendant's misrepresentations caused Plaintiff to be unable to sell his products on eBay and has thus resulted in lost profits. Plaintiff seeks damages and declaratory and injunctive relief to prevent Defendant from engaging in further interference with his sale of the electronic devices.

## PARTIES

5. Plaintiff is an individual domiciled and doing business in Miami, Florida.

6. JET develops, markets, manufactures, and supports universal digital tuning tools for internal combustion engines. It is a corporation incorporated in and has its principal place of business in Huntington Beach, California.

## FACTS

### THE EBAY AUCTION SITE

7.  eBay is a virtual Internet marketplace on which members can sell goods and services in an auction-style or fixed-price format. It is by far the largest site of its kind on the Internet, with more than one hundred million registered users. Each product for sale on eBay has its own web page, called a "listing" or "auction," which describes the product and allows potential purchasers to bid on or purchase the product.

8.  As an Internet Service Provider ("ISP"), eBay is protected from liability by the Digital Millennium Copyright Act ("DMCA") for listings that contain copyrighted text or pictures or that advertise unauthorized copies of copyrighted material. Hendrickson v. eBay, Inc., 165 F. Supp. 2d 1082, 1088 (C.D. Cal. 2001). The DMCA provides ISPs safe harbor from liability for "infringement of copyright by reason of the storage at the direction of a user of material that resides on a system or network controlled or operated by the ISP." 17 U.S.C. § 512(c)(1) (2005). To qualify for protection from liability under this provision, an ISP must act expeditiously to remove material that is claimed to be infringing upon receiving a "notice of claimed infringement" from the copyright owner. Id. § 512(c)(1)(C) (2005). The requirements of a notice of claimed infringement are spelled out in 1 7 U.S.C. § 512(c)(3) (2005).

9.  The DMCA also provides a mechanism for a subscriber to an ISP who is targeted by a notice of claimed infringement to contest the notice with the ISP. Under 17 U.S.C. § 512(g) (2005), a subscriber to an ISP can submit a "counter notice" to the ISP stating "under penalty of perjury that the subscriber has a good faith belief that the material

3

was removed . . . as a result of mistake or misidentification of the material." Id. § 512(g)(3) (2005). An ISP continues to enjoy safe harbor from liability if, upon receiving a counter notice from a subscriber, it notifies the person who filed the notice of claimed infringement that it will reinstate the removed material in ten to fourteen business days unless it receives notice that there is a pending legal action to restrain the subscriber from continuing to post the allegedly infringing material. Id. § 512(g)(2) (2005).

10. To meet the safe harbor requirements in the DMCA, eBay implemented a program called the "Verified Rights Owner"-or "VeRO" program. See Hendrickson, 165 F. Supp. 2d at 1085 (citing eBay statement that VeRO procedures "are intended to substantially comply with the requirements of the DMCA"). Owners of intellectual property who register for the VeRO program can submit a notice of claimed infringement to eBay stating that a particular auction violates their intellectual property rights.

11. In filling out the notice of claimed infringement, the VeRO member must sign a statement, under penalty of perjury, that it has a good-faith belief that the identified auction violates its intellectual property rights or the intellectual property rights of someone it represents.

12. When a VeRO member submits a notice of claimed infringement regarding a particular auction listing, eBay automatically terminates that listing. eBay does not independently review the validity of the notice of claimed infringement and trusts the VeRO member's honesty that a particular auction is infringing.

13. When a certain number of an eBay seller's auctions are terminated

4

because of notices of claimed infringement from a VeRO member, eBay will suspend that seller's account. The number of terminations required before the seller's account is suspended varies from seller to seller.

14. If it is the first time a seller has been suspended, eBay will reinstate the seller's account if the seller submits a signed request for' reinstatement swearing under penalty of perjury not to knowingly offer any items or post any listings on eBay that are illegal or that infringe the rights of any third parties. If a seller's account is suspended a second time because of notices of claimed infringement from VeRO members, eBay will not reinstate the account absent a request from the VeRO member that caused the suspension or a court order.

15. Defendant is a member of eBay's VeRO program. After joining the program, eBay informed them that if it received a notice of claimed infringement regarding a particular auction, it would automatically terminate the auction and would reinstate the auction at the VeRO member's request.

16. Defendant submitted multiple notices of claimed infringement against various auction listings and, based on that experience, fully understood the procedures of eBay's VeRO program.

## CONDUCT OF PLAINTIFF

17. Plaintiff purchased products manufactured by JET from Authorized Distributors to sell on eBay.

18. Plaintiff began offering the JET product for sale on eBay using the account name "ihavethebestpriceperformance." Plaintiff created multiple listings for the

REINER & REINER, P.A.
9100 SO. DADELAND BLVD., SUITE 901, MIAMI, FLORIDA 33156-7815

multiple products that were bought. These listings did not include any of the Defendant's copyrighted text, photos, graphics or any other intellectual property owned by the Defendant. Nothing in the listings infringed on any of the Defendant's copyrights or patents.

19. Everything in Plaintiff's eBay listings was truthful. Plaintiff did not claim to be sponsored or affiliated with Defendant. Plaintiff's eBay listings did not infringe, dilute, or tarnish Defendant's trademarks or any other rights.

20. Plaintiff created multiple listings to sell the different products that were sold. Plaintiff has sold hundreds of items manufactured by JET at a fixed price format on eBay. Product sold between $20-$500.

## CONDUCT OF DEFENDANT

21. JET sells through authorized dealers and distributors. Distributors will sell to anybody who has an account with them.

22. In June 2007, two of Plaintiff's eBay listings -- 270136766917 -- JET PROGRAMMER TUNER 99-06 CHEVY SILVERADO GMC SIERRA, and 270136766766 -- JET PROGRAMMER TUNER 01-05 CHEVY GMC 6.6 DURAMAX LLY LB -- were terminated by eBay upon receipt of a sworn statement from JET alleging that the listings violated their intellectual property rights.

23. Plaintiff promptly contacted JET via e-mail as requested by eBay, however, received no response. Plaintiff, thereafter, on June 29, 2007, called JET and spoke to someone who identified himself only as Don. Don stated that, despite the fact that no part of Plaintiff's listing, neither photo nor text, infringed any of JET's intellectual property rights, they caused eBay to removed the listings, because "eBay lets us do it, so

we do it."

24. As of this date Plaintiff has voluntarily stopped selling the product on eBay, because eBay keeps record of how many notices of claimed infringing a seller receives and, after a certain number of notices, the sellers account is suspended, and after two suspensions, the account is terminated.

25. ***Plaintiff's auctions of JET products terminated by eBay were the result of willfully concocted perjurious notices of claimed infringement filed against Plaintiff by JET.***

26. JET filed the notices of claimed infringement even though it knew that Plaintiff listings did not violate any of the Defendant's patents, copyrights, or any other intellectual property rights.

27. As a result of Defendant's misrepresentations, Plaintiff has lost sales and is in jeopardy of having his account suspended by eBay.

28. Plaintiff's only income comes from sales of parts on eBay.

29. As a result of Defendant's misrepresentations, Plaintiff has lost sales and is unable to continue to sell his products on eBay.

## FIRST CLAIM FOR RELIEF
## MISREPRESENTATION OF COPYRIGHT
## INFRINGEMENT UNDER THE DMCA, 17 U.S.C. § 512(f) (2005)

Plaintiff hereby incorporates Paragraphs 1 through 29 as if fully set forth herein.

30. By submitting a notice of claimed infringement to eBay regarding Plaintiff's products, Defendant knowingly and materially misrepresented that Plaintiff's sale

7

of products infringed Defendant's copyright.

31. Defendant's conduct resulted in lost profits for Plaintiff.

## SECOND CLAIM FOR RELIEF
## TORTIOUS INTERFERENCE WITH CONTRACT

Plaintiff hereby incorporates Paragraphs 1 through 29 as if fully set forth herein.

32. Plaintiff had a valid contract with eBay to sell products on its auction site.

33. Plaintiff also had valid contracts with eBay shoppers who had placed bids on or agreed to purchase his products.

34. Defendant knew about Plaintiff's contracts with eBay and eBay shoppers.

35. Defendant intentionally filed a false notice of claimed infringement to disrupt Plaintiff's contracts. In the alternative, Defendant negligently filed the false notice of claimed infringement.

36. Defendant's conduct caused eBay to terminate its contract with Plaintiff by suspending his account.

37. Defendant's conduct also caused eBay shoppers who had placed bids or agreed to buy his products to terminate their contracts with Plaintiff.

38. Defendant's conduct resulted in lost profits for Plaintiff.

## THIRD CLAIM FOR RELIEF TORTIOUS INTERFERENCE WITH
## PROSPECTIVE ECONOMIC ADVANTAGE

Plaintiff hereby incorporates Paragraphs 1 through 29 as if fully set forth

herein.

39. Plaintiff had an economic relationship with eBay, with the probability of future economic benefit to Plaintiff.

40. Plaintiff also had economic relationships with potential purchasers who had bid on his products or would bid on future product auctions.

41. Defendant knew about Plaintiff's economic relationship with eBay and potential purchasers of his products.

42. Defendant intentionally filed false notices of claimed infringement to disrupt Plaintiff's future economic benefit by causing him lost sales. In the alternative, Defendant negligently filed the false notices of claimed infringement against Plaintiff.

43. Defendant's conduct was independently wrongful in that it constituted misrepresentation and improper business practices.

44. Defendant's conduct caused Plaintiff to lose future economic benefits by causing lost sales.

## FOURTH CLAIM FOR RELIEF
## UNFAIR, DECEPTIVE, AND FRAUDULENT BUSINESS PRACTICES

Plaintiff hereby incorporates Paragraphs 1 through 29 as if fully set forth herein.

45. Defendant's conduct constitutes unfair, deceptive, and fraudulent business practices under the California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, and the Florida Deceptive and Unfair Trade Practices Act, Fla. Stat. §§ 501.201-213 (2005).

46. Defendant's conduct resulted in lost profits for Plaintiff.

## FIFTH CLAIM FOR RELIEF
## DECLARATORY AND INJUNCTIVE RELIEF

Plaintiff hereby incorporates Paragraphs 1 through 29 as if fully set forth herein.

47. Defendant contends that Plaintiff's lawful purchase and resale of JET products infringes their copyright, trademark, or other unidentified intellectual property rights.

48. Plaintiff contends that his sale of JET products does not infringe any of Defendant's copyright, trademark, or other rights and constitutes fair use.

49. Defendant has taken legal action against Plaintiff in the form of invoking programs and provisions of the DMCA and has threatened to continue if he continues selling JET products.

50. Plaintiff continues to sell his JET products by various means under threat of legal action by Defendant and plans to continue doing so for the indefinite future.

51. Defendant has terminated Plaintiff's eBay auctions and has threatened to continue doing so.

52. As a result of Defendant's termination of his auctions, Plaintiff's eBay account is in jeopardy of being suspended, and eBay has informed Plaintiff that once his account is suspended, it will not be reinstated until eBay receives authorization from Defendant.

53. Plaintiff desires to sell his products on eBay but, as a result of

Defendant's actions, is unable to do so. As a result, Plaintiff continues to lose profits.

54. There is a real and actual controversy between Plaintiff and Defendant regarding whether the continued sale of his products is lawful or whether it infringes Defendant's rights.

## DEMAND FOR RELIEF

Plaintiff demands judgment as follows:

a. Actual damages, punitive damages, or statutory damages, costs, and attorneys' fees under Fla.Stat. § 501.201, *et seq.*;

b. A declaratory judgment that Plaintiff's sale of product is lawful and does not infringe Defendant's copyright, trademark, or other rights;

c. An injunction prohibiting Defendant from further interfering with the sale of Plaintiff's products and requiring Defendant to rescind its notices of claimed infringement with eBay; and

d. Such other relief as the Court finds appropriate.

Dated: July 3, 2007  Respectfully submitted,

**REINER & REINER, P.A.**
Counsel for Plaintiff
9100 So. Dadeland Blvd., Suite 901
Miami, Florida 33156-7815
Tel: (305) 670-8282; Fax: (305) 670- 8989
e-mail: *dpr@reinerslaw.com*

By: _____
**DAVID P. REINER, II**; Fla. Bar No. 416400

Z:\OsvaldoComplaint.wpd

# CIVIL COVER SHEET

JS 44 (Rev. 11/05)

07-21705

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

CIV - KING

MAGISTRATE JUDGE
GARBER

## I. (a) PLAINTIFFS
Osvaldo A. Izquierdo Colon, an individual, and d/b/a Best Deal Performance

**DEFENDANTS**
Jet Performance Products, Inc., a California corporation

(b) County of Residence of First Listed Plaintiff: Miami-Dade
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Orange
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Reiner & Reiner, P.A.
9100 So. Dadeland Blvd., Suite 901
Miami, Florida 33156-7815    Tel: (305) 670-8282

Attorneys (If Known)

2007 JUL

(d) Check County Where Action Arose: ✓ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
✓ 4 Diversity (Indicate Citizenship of Parties in Item III)

DADE-07-21705-CIV-KING-GARBER

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ✓ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ✓ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ✓ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ✓ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ■ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** |  | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

✓ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):

a) Re-filed Case ☐ YES ☐ NO     b) Related Cases ☐ YES ☐ NO

JUDGE                                                              DOCKET NUMBER

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

17 USC 512; 17 USC 501 - Digital Millennium Copyright Act, and Diversity under 28 USC 1332.

LENGTH OF TRIAL via 2 days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ✓ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE 7/3/07

FOR OFFICE USE ONLY
AMOUNT $350.00  RECEIPT # 962672  IFP