UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21705-CIV-KING

OSVALDO A. IZQUIERDO COLON,

    Plaintiff,

v.

JET PERFORMANCE PRODUCTS, INC.,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

THIS CAUSE comes before the Court upon Defendant's Motion for Summary Judgment (D.E #20), filed December 20, 2007. Plaintiff's Response (D.E. #23), filed February 6, 2008, was replied to on February 19, 2008 (D.E. #27).

### Facts

Plaintiff, a Florida resident, is an individual who sells some of Defendant's electronic performance devices for automobiles on eBay, an internet auction site. Defendant, a California corporation, develops, markets, manufactures and supports universal digital tuning tools for internal combustion engines.

### Procedural History

Plaintiff's Complaint, filed July 3, 2007, is an action for declaratory and injunctive relief to prevent Defendant from engaging in further interference with his sale of electronic devices. Plaintiff alleges that Defendant incorrectly represented to eBay that

Plaintiff's sale of these devices infringed their copyright, trademark, patent or other intellectual property rights, which resulted in eBay removing Plaintiff's listings. Defendant's Answer (D.E. #4) was filed August 2, 2007. On August 7, 2008, the Court entered a Scheduling Order setting the Pretrial Conference for July 11, 2008, and the Trial for the two week calendar of August 4, 2008.

Defendant's Motion for Summary Judgment (D.E. #20), filed December 20, 2007, was responded to on February 6, 2008 (D.E. #23). Defendant's Reply (D.E. #27) was filed February 19, 2008.

In the instant motion, Defendant argues that it is entitled to summary judgment because it is undisputed that Defendant had a good faith belief that Plaintiff was infringing its copyrights and trademarks when it filed the Notice of Claimed Infringement with eBay that is the basis for this action.

In his reply, Plaintiff asserts that genuine issues of material fact remain as to whether Plaintiff actually infringed on any intellectual copyrights allegedly held by Defendant and whether the Defendant actually had a "good faith belief" that Plaintiff was infringing at the time they submitted sworn affidavits for the purpose of disrupting Plaintiff's business.

### Legal Standard

Summary judgment should be granted only if "there is no issue as to any material fact and the moving party is entitled to judgment as a matter of law." Fed. R. Civ. P. 56 (c). An issue of fact is material if it is a legal element of the claim or defense under the

applicable substantive law which might affect the outcome of the case. *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 248 ,106 S.Ct. 2505, 2510 (1986). However, issues of fact are genuine only if a reasonable jury considering the evidence presented could find for the non-moving party. *Id.* The non-moving party may not defeat a properly supported motion by resting upon the "mere existence of some alleged factual dispute between the parties." *Celotex Corp. v. Catrett*, 477 U.S. 317 , 324, 106 S. Ct. 2547, 2553 (1986). If the non-moving party fails to present substantial evidence of pretext or to make a sufficient showing of a disputed material issue of fact, the moving party is entitled to summary judgment. *Celotex*, 477 U.S. at 323, 106 S. Ct. at 2552.

## Discussion

Plaintiff initiated this action for declaratory relief and certain damages after Defendant submitted sworn affidavits to eBay asserting that Plaintiff had violated its copyrights and trademarks in his eBay listings which caused eBay to terminate his listings.

Defendant asserts that Plaintiff's listings violated its copyrights and trademarks, but the record is unclear as to whether Defendant holds copyrights and trademarks over the products in question. In addition, upon a careful review of the pleadings and the exhibits and affidavits attached thereto, there appear to be genuine issues of material fact as to whether Defendant acted in good faith when it filed its Notices of Claimed Infringement with eBay.

Accordingly, after a careful review of the record and the Court being otherwise

fully advised, it is

ORDERED and ADJUDGED that Defendant's Motion for Summary Judgment **(D.E. #10)** be, and the same is hereby **DENIED**.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 13th day of March, 2008.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   **Counsel for Plaintiff**
David P. Reiner II
Reiner & Reiner, P.A.
9100 S. Dadeland Boulevard
Suite 901
Miami, Florida 33156-7815

**Counsel for Defendant**
Joel Benjamin Rothman
Seiden Alder & Matthewman
2300 Glades Road
Suite 340-W
Boca Raton, FL 33431